July 12, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

MARY CATHERINE LEVANDOVSKY, Appellant

NO. 14-11-01000-CV                                  V.

TARGA RESOURCES, INC. AND TARGA DOWNSTREAM LLC, Appellees

_____

      This cause, an appeal in favor of appellees, Targa Resources, Inc. and Targa Downstream LLC, signed, October 20, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

      We order appellees, Targa Resources, Inc. and Targa Downstream LLC, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.